UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patrick S. Rice,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-4641

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On September 7, 2021, United States Magistrate Judge Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Patrick Rice's ("Plaintiff") Complaint in this Social Security case. The R&R recommended sustaining Plaintiff's statement of errors, reversing the decision of the Commissioner of Social Security, and remanding the case to the Commissioner and Administrative Law Judge for further consideration under Sentence Four of § 405(g). R&R 23, ECF No. 19.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right

to appeal the decision of the District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Plaintiff's statement of errors is **SUSTAINED**, the Commissioner's finding is **REVERSED**, and this case is **REMANDED** to the Commissioner and Administrative Law Judge for further consideration under Sentence Four of § 405(g). The Clerk shall enter final judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**